%LAO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

United States of America
v.
Brian Boggs

Date of Previous Judgment: January 12, 2006
(Use Date of Last Amended Judgment if Applicable)

) Case No; 1:05CR346 - 003
) USM No; 55100-060
) FPD NDO
) Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is: IN PART CAB.J.
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __32__ months is reduced to __26__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __15__          Amended Offense Level: __13__
Criminal History Category: __IV__        Criminal History Category: __IV__
Previous Guideline Range: __30__ to __37__ months   Amended Guideline Range: __24__ to __30__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __1/12/06__ shall remain in effect.
**IT IS SO ORDERED.**
Order Date: __2/29/08__

Effective Date: __3/10/08__
(if different from order date)

Judge's signature
Judge Christopher A. Boyko
United States Printed name and title Court

FILED
FEB 29 2008
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND