AO 245D  (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## Northern District of Ohio

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| BRIAN BOGGS | |

Case No. 1:05CR346-003
USM No. 55100-060

GEORGE C. PAPPAS
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) __#2__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Unauthorized Use of Drugs | 07/10/2009 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 6291

Defendant's Year of Birth: 1984

City and State of Defendant's Residence:
Youngstown, OH 44505

09/08/2009
Date of Imposition of Judgment

/s/ Christopher A. Boyko
Signature of Judge

Christopher A. Boyko, U.S. Judge
Name and Title of Judge

9/9/09
Date

AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 2 of 3

DEFENDANT: BRIAN BOGGS
CASE NUMBER: 1:05CR346-003

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of:

N/A

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev 12/07) Judgment in a Criminal Case for Revocations
Sheet 3C — Supervised Release

DEFENDANT: BRIAN BOGGS
CASE NUMBER: 1:05CR346-003

Judgment—Page 3 of 3

## SPECIAL CONDITIONS OF SUPERVISION

The Court adopts the recommendation of counsel and orders the Defendant to In-patient Drug/Alcohol Treatment for 30 days. Further, the Court orders, as much is possible, that non-opiate based treatment/medication is used. The Defendant shall comply with after-care instructions/recommendations of the Probation Officer.